# IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER JASON HELFRICH,
                           Petitioner,
vs.
THE STATE OF NEVADA,
                           Respondent.

No. 71386

FILED

OCT 27 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

This is a pro se petition for a writ of mandamus. Cause appearing, petitioner's motion for a voluntary dismissal of this petition is granted. The petition is dismissed. NRAP 42(b).

It is so ORDERED.

_____Cherry_____, J.
Cherry

_____Douglas_____, J.
Douglas

_____Gibbons_____, J.
Gibbons

cc:    Peter Jason Helfrich
       Attorney General/Carson City
       Nye County District Attorney
       Nye County Clerk

16-33744